THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RENE MANUEL VARGAS- | ) | |
| MIRANDA and SANTIAGO | ) | |
| LOPEZ-MENDOZA, | ) | |
| | ) | |
| Defendants. | ) | |

    The government has filed a motion in limine (filing 78) as to both defendants in this matter. Because defendant Rene Manuel Vargas-Miranda has entered a plea of guilty and is proceeding to sentencing (filing 83), I shall deny the motion in limine as moot as to this defendant. As to defendant Santiago Lopez-Mendoza, I shall hold the motion in limine in abeyance and shall not consider the motion until the first day of trial unless a party shows cause, within five days of the date of this order, why such deferral would be inappropriate.

    IT IS ORDERED:

    1.    The motion in limine (filing 78) is denied as moot as to defendant Rene Manuel Vargas-Miranda; and

    2.    As to defendant Santiago Lopez-Mendoza, the motion in limine (filing 78) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held in chambers immediately prior to trial, unless a party shall show cause, within five days of the date of this order, why such deferral would be inappropriate.

July 30, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge